UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MID[DLE DIST OF] LA

2008 JAN 10 P 2: 27

BY _____ CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 07-136-RET-SCR |
| | : | |
| SHAWN D. McKEEL | : | |

### [PROPOSED] ORDER

Considering the United States' Dismissal, leave of Court is granted for the filing of the dismissal of the Indictment in Criminal No. 07-136-RET-SCR.

DONE AND SIGNED at Baton Rouge, Louisiana, this 10th day of Jan., 2008.

_____
RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT